UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MAHLER,

Plaintiff,

-v-

THE RITZ-CARLTON HOTEL COMPANY,
LLC, *et al.*,

Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/10
```

No. 10 Civ. 1061 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The parties appeared before the Court for a pre-motion conference on April 16, 2010. As stated on the record, Plaintiff is HEREBY ORDERED to file an amended complaint no later than April 30, 2010. By May 10, 2010, Defendants shall either (1) submit a pre-motion letter stating their continued intention to move to dismiss, or (2) submit a letter indicating that they no longer wish to do so.

SO ORDERED.

Dated:      April 16, 2010
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE